| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | DAVID S. CHANEY |
|   | Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER |
|   | Senior Assistant Attorney General |
| 4 | JONATHAN L. WOLFF |
|   | Supervising Deputy Attorney General |
| 5 | TIMOTHY J. MCDONOUGH, State Bar No. 235850 |
|   | Deputy Attorney General |
| 6 | 455 Golden Gate Avenue, Suite 11000 |
|   | San Francisco, CA 94102-7004 |
| 7 | Telephone: (415) 703-5606 |
|   | Fax: (415) 703-5843 |
| 8 | Email: Tim.McDonough@doj.ca.gov |

Attorneys for Defendants P. Mandeville, M. Monteiro,
K. Myles, P. Moerdyk, and R. Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN WAYNE PRICE, JR., | C 02-4031 JW (PR) |
| Plaintiff, | STIPULATION TO ALLOW DEFENDANTS UNTIL OCTOBER 26, 2007 TO FILE A DISPOSITIVE MOTION; [PROPOSED] ORDER |
| v. | |
| W. P. MALLOT, et al., | |
| Defendants. | |

TO THE COURT IN THE ABOVE-CAPTIONED ACTION:

On June 13, 2007, this Court granted Defendants an extension of time, up to and including September 10, 2007, to file a motion for summary judgment or to notify the court that the case cannot be resolved by such a motion. On August 21, 2007, Defendants took Plaintiff's deposition at Kern Valley State Prison. As a result of the deposition of Plaintiff, Defendants determined that they will need to take the deposition of a witness in this case, Thomas Smithson. Since Thomas Smithson is incarcerated at another prison, Defendants' counsel will need to work with Kern Valley State Prison Officials so that Plaintiff can attend the deposition by telephone.

Stipulation & Prop. Order                                                                 John W. Price, Jr. v. W. P. Mallot, et al.
                                                                                                              C 02-4031 JW (PR)

1

1  As such, Defendants will need additional time to file their motion for summary judgment in this
2  case. Based on the above, the parties jointly stipulate to extending Defendants' deadline to file a
3  motion for summary judgment up to and including October 26, 2007.

4

5  IT IS SO STIPULATED.

6

7  Date: 8-30-07

8  By: _____
   John Wayne Price, Jr.
9  Plaintiff in Pro Per

10 Date: 8-30-07
   EDMUND G. BROWN JR.
   CA ATTORNEY GENERAL'S OFFICE
11

12 By: _____
   Tim McDonough
13 Deputy Attorney General
   Attorneys for Defendants P. Mandeville,
14 M. Monteiro, K. Myles, P. Moerdyk, and
   R. Kim

15

16                    [PROPOSED] ORDER

17    Based on the foregoing stipulation, Defendants shall have up to and including October 26,
18 2007 to file a dispositive motion. Plaintiff's opposition will be due 60 days from the date
19 Defendants' motion is filed. Defendants' reply will be due fifteen days from the date the
20 opposition is filed.

21

22 IT IS SO ORDERED.

23 Date: September 12, 2007

24 _____
25 THE HONORABLE JAMES WARE
   UNITED STATES DISTRICT COURT

26

27
28 20102585.wpd
   SF2005200306

Stipulation & Prop. Order                                    John W. Price, Jr. v. W. P. Mallot, et al.
                                                                              C 02-4031 JW (PR)

                                    2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *John W. Price, Jr. v. W. P. Mallot, et al.*

No.:   U. S. D. C., N. D., SAN JOSE DIV., C 02-4031 JW (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 30, 2007**, I served the attached

>**STIPULATION TO ALLOW DEFENDANTS UNTIL OCTOBER 26, 2007 TO FILE A DISPOSITIVE MOTION; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**John W. Price, Jr., P-04376
Kern Valley State Prison
PO Box 6000
Delano, CA 93216**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 30, 2007**, at San Francisco, California.

|                       |                       |
|-----------------------|-----------------------|
| J. Baker              | [signature]           |
| Declarant             | Signature             |

20102829.wpd