IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAYNE PRICE, JR,<br><br>Plaintiff,<br><br>v<br><br>W.P. MALLOT, et al.<br><br>Defendants. | Case No C 02-4031 JW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 1, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation by telephone

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: February 4, 2008

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRICE                                      No. C 02–4031

v.                                         CERTIFICATE OF SERVICE

MALLOT
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _February 4, 2008_, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**John Wayne Price, Jr.**
P-04376
Kern Valley State Prison
3000 W. Cecil Avenue
P. O. Box 6000
Delano, Ca 93216

RICHARD W. WIEKING, CLERK

By:/s/_____

Deputy Clerk

3