IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WAYNE PRICE, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>W. P. MALLOT, et al.,<br><br>    Defendants. | No. C 02-04031 JW (PR)<br><br>ORDER OF CONDITIONAL DISMISSAL |

On November 7, 2007, the above entitled civil rights action was referred to Magistrate Judge Vadas for settlement proceedings pursuant to the Pro Se Prisoner Early Settlement Program. Judge Vadas having advised the Court that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order and Judgment shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

DATED: March 14, 2008

JAMES WARE
United States District Judge

Order of Conditional Dismissal
G:\PRO-SE\SJ.JW\CR.02\Price4031.cond.dis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN WAYNE PRICE, JR.,

        Plaintiff,

  v.

W. P. MALLOT, et al.,

        Defendants.
        _____/

Case Number: CV02-04031 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/20/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Wayne Price P-04376
Kern Valley State Prison
3000 W. Cecil Avenue
P. O. Box 6000
Delano, Ca 93216

Dated:   3/20/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk